UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA     )
)    Case No. 1:08-cr-128
vs.     )
)    JUDGE COLLIER
JUSTIN MOSS     )    MAGISTRATE JUDGE LEE

### O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count indictment (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant's bond was revoked and find Defendant shall remain in custody until sentencing in this matter [Doc. 15]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 15] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)    Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2)    Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4)      A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4)      Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **May 21, 2009 at 2:00 p.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2